FILED
CLERK, U.S. DISTRICT COURT

AUG 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 13-2252-DUTY |
| ) | |
| ) | ORDER OF DETENTION AFTER HEARING |
| Plaintiff, ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| v. ) | |
| ) | |
| MICHAEL RYAN PARSLOW, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

1  based on his failure to proffer any evidence to meet his burden

2  on this issue;

3  and

4  B.  (X)  The defendant has not met his burden of establishing by

5  clear and convincing evidence that he is not likely to pose a

6  danger to the safety of any other person or the community if

7  released under 18 U.S.C. § 3142(b) or (c).  This finding is

8  based on his failure to proffer any evidence to meet his burden

9  on this issue.

10  IT THEREFORE IS ORDERED that the defendant be detained pending

11  the further revocation proceedings.

12

13  DATED:  August 19, 2013

14  _____
         MARGARET A. NAGLE
15         UNITED STATES MAGISTRATE JUDGE

2